UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VIRAY HEATH, | |
| Plaintiff, | Case No. 3:18-cv-00185-M |
| v. | Honorable Judge Barbara M. G. Lynn |
| AMERIGROUP CORPORATION, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, VIRAY HEATH, ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, AMERIGROUP CORPORATION , without prejudice with leave to reinstate through April 20, 2018. After April 20, 2018, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: February 19, 2018

                                               Respectfully Submitted,

                                               /s/ Nathan C. Volheim
                                               Nathan C. Volheim, Esq. #6302103
                                               *Counsel for Plaintiff*
                                               Admitted in the Northern District of Texas
                                               Sulaiman Law Group, Ltd.
                                               2500 S. Highland Avenue, Suite 150
                                               Lombard, IL 60148
                                               Phone (630)575-8181 x113
                                               Fax: (630)575-8188
                                               nvolheim@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on February 19, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

                                                */s/ Nathan C. Volheim*
                                                Nathan C. Volheim